Alma Ignacio ALMODIEL, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 99–70815.
INS No. A72–440–553.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 11, 2001.

Before HUG, GRABER, and W.
FLETCHER, Circuit Judges.

MEMORANDUM **

Alma Ignacio Almodiel ("Almodiel") en-
tered the United States on September 30,
1989. She was served with an Order to
Show Cause ("OSC") on December 14,
1995, and conceded deportability at a hear-
ing before an Immigration Judge ("IJ") on
May 2, 1996. On October 18, 1996, the IJ
denied Almodiel's application for suspen-
sion of deportation because the IJ believed
that she was statutorily ineligible for such
relief under the Illegal Immigration Re-
form and Immigrant Responsibility Act of
1996 ("IIRIRA"), enacted on September
30, 1996. In particular, the IJ ruled that,
under IIRIRA's "stop-time rule," *see* INA
§ 240A(d)(1), 8 U.S.C. § 1229b(d)(1), Al-
modiel had not accrued seven years of
continuous physical presence in the United
States before being served with an OSC.
Almodiel appealed to the Board of Immi-
gration Appeals ("BIA"), which affirmed
the IJ's decision on June 8, 1999.

In *Astrero v. INS*, 104 F.3d 264 (9th
Cir.1996), we held that the stop-time rule
was not effective until the general effective
date of IIRIRA on April 1, 1997. There-
fore, when the IJ in this case applied the
stop-time rule to Almodiel on October 18,
1996, he subjected her to the rule before
its effective date. Following *Guadalupe–
Cruz v. INS*, 240 F.3d 1209 (9th Cir.2001),
we therefore grant the petition for review,
reverse the decision of the BIA, and re-
mand with instructions to remand to the
IJ. If Almodiel chooses to pursue her ap-

* The panel unanimously finds this case suitable
for decision without oral argument. Fed.
R.App. P. 34(a)(2).

plication for suspension of deportation before the IJ, the IJ shall, in determining whether she is eligible for suspension of deportation, (1) apply the law as it existed on October 18, 1996, and (2) consider the current facts and Almodiel's current circumstances.

PETITION GRANTED, REVERSED and REMANDED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.